## **ATTACHMENT A**

1. The items to be searched are:

a. LG CELL PHONE (Black); Model: LG-500; IMEI: 013658-00-269841-3; S/N: 310CYTB269841; FCC ID: ZNFD500

Collectively, this cellphone is hereinafter referred to as the "Device."

The Device is currently located at the Northern Ohio Law Enforcement Task Force, 801 West Superior Avenue, Cleveland, Ohio 44113.