## ATTACHMENT B

1.  All records on the Devices described in Attachment A that relate to violations of 8 U.S.C., Section 841, involving Erwin MAZARIEGOS, including:

    a. any information or records related to the planning, coordination, and execution of any narcotic smuggling or trafficking activities;

    b. any information or records related to the payment for, or financing of, any narcotic activities;

    c. lists of other customers, affiliates and related identifying information;

    d. types, amounts, and prices of narcotics as well as dates, places, and amounts of specific transactions;

    e. any information related to his sources of supply for the narcotics (including names, addresses, phone numbers, or any other identifying information);

    f. any information for Erwin MAZARIEGOS and his schedule or travel previous to the date of arrest in which planning or illicit activities may have occurred;

    g. all shipment, bank records, checks, credit card bills, account information, and other financial records.

2.  Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3.  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.