AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:16mj 3305 | 12/22/16 12:47 P.M. | ALVARO DECOLA, ATTORNEY |

Inventory made in the presence of:
BPA DAMSCHEN

Inventory of the property taken and name of any person(s) seized:

LG D-500 CELL PHONE, S/N 310CYTB269841 SEARCHED FOR INFORMATION. NO INFORMATION STORED ON DEVICE.

FILED 2017 JAN -5 PM 12:40 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/22/16

_Executing officer's signature_

CHRIS DAMSCHEN, BORDER PATROL AGENT
_Printed name and title_

AO 93 (Rev 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **1:16 MJ 3305**
LG Model# LG-D500; S/N: 310CYTB269841 )
) **MAG. JUDGE PARKER**
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____Ohio____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____12-22-16____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Thomas M. Parker____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: __12-8-16 4:31 pm__ _____
*Judge's signature*

City and state: Cleveland, Ohio Thomas M. Parker, United States Magistrate Judge
*Printed name and title*